IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re JERRY PATLAN,

    Plaintiff.

No. C 12-01435 YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated at Oakland, California, this 27th day of April , 2012.

RICHARD W. WIEKING  
Clerk of Court

By:   *Frances Stone*  
FRANCES STONE  
Deputy Clerk